**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Delaware_____
                                        (State)

Case number *(If known):* _____    Chapter __11_____

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Century Plaza Investor Associates, LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Unknown at this time |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 2 0 – 5 0 7 1 4 8 0 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1      Atlantic St.<br>Number    Street | Number    Street |
| | P.O. Box |
| Stamford    CT    06901<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Fairfield<br>County | 100    Prospect St.<br>Number    Street |
| | Stamford    CT    06901<br>City    State    ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | www.seaboardproperties.com |
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    Century Plaza Investor Associates, LLC
      Name

Case number (if known) _____

---

**7.** **Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

Activities Related to Real Estate

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5</u> <u>3</u> <u>1</u> <u>3</u>

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  *Check all that apply:*

    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

- ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ MM / DD / YYY | _____ |
| _____ | _____ MM / DD / YYY | _____ |

---

Debtor    Century Plaza Investor Associates, LLC                          Case number (if known)
_____
Name

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   List all cases. If more than 1, attach a separate list.

   ☐ No
   ☒ Yes.    Debtor    See attached Annex A          Relationship    Affiliates

   District    Delaware          When    12/13/15, 12/14/15 & 02/03/2016

   MM / DD / YYY

   Case number, if known    15-12507 – 15-12520, 15-12528

---

11. **Why is the case filed in this district?**

   *Check all that apply:*

   ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

   ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

   ☒ No
   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?**  *(Check all that apply.)*

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?**    _____
   Number        Street

   _____
   City                State    ZIP Code

   **Is the property insured?**

   ☐ No.

   ☐ Yes.  Insurance agency    _____

   Contact name    _____

   Phone    _____

---

Debtor  Century Plaza Investor Associates, LLC
        _____     Case number (if known) _____
        Name

| | **Statistical and administrative information** |
|---|---|

| 13. | Debtor's estimation of available funds* | Check one: |
|---|---|---|

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | Estimated number of creditors** | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ☐ | 1-49 | ☐ | 1,000-5,000 | ☐ | 25,001-50,000 |
| | | ☐ | 50-99 | ☐ | 5,001-10,000 | ☐ | 50,001-100,000 |
| | | ☐ | 100-199 | ☐ | 10,001-25,000 | ☐ | More than 100,000 |
| | | ☒ | 200-999 | | | | |

| 15. | Estimated assets** | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| | | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | | ☐ | $500,001-$1 million | ☒ | $100,000,001-$500 million | ☐ | More than $50 billion |

| 16. | Estimated liabilities** | | | | | | |
|---|---|---|---|---|---|---|---|
| | | ☐ | $0-$50,000 | ☐ | $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| | | ☐ | $50,001-$100,000 | ☐ | $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | | ☐ | $100,001-$500,000 | ☐ | $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | | ☐ | $500,001-$1 million | ☒ | $100,000,001-$500 million | ☐ | More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/03/2016
               _____
               MM / DD / YYYY

X  /s/ Marc Beilinson                                    Marc Beilinson
   _____                  _____
   Signature of authorized representative of debtor      Printed name

Title  Chief Restructuring Officer
       _____

\* Distribution cannot be known at this time.

\*\* Estimated creditors, assets, and liabilities are on a consolidated basis with other affiliated Debtors.

Debtor    Century Plaza Investor Associates, LLC
          Name                                                    Case number *(if known)* _____

---

**18.    Signature of attorney**    x    /s/ Robert S. Brady                              Date    02/03/2016
                                          Signature of attorney for debtor                        MM / DD / YYYY

                                          Robert S. Brady
                                          Printed Name

                                          Young Conaway Stargatt & Taylor, LLP
                                          Firm name

                                          1000 North King St.
                                          Number        Street

                                          Wilmington                          DE              19801
                                          City                                State           Zip Code

                                          (302) 571 - 6600                     rbrady@ycst.com
                                          Contact phone                        Email address

                                          No. 2847                             DE
                                          Bar number                           State

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CENTURY PLAZA INVESTOR | ) | Case No. 16 - _____ (LSS) |
| ASSOCIATES, LLC, | ) | |
| Debtor. | ) | |
| | ) | |

**Annex A**

**PENDING BANKRUPTCY CASES FILED BY AFFILIATES OF DEBTOR**

On December 13, 2015, each of the entities listed below (the "**Initial Debtors**")

with the exception of Tag Forest, LLC ("**Tag**") commenced a voluntary case under chapter 11 of

the Bankruptcy Code.  On December 14, 2015, Tag commenced its voluntary case under chapter

11 of the Bankruptcy Code.  Pursuant to this Court's order dated December 18, 2015, the below

Debtor entities are being jointly administered, for procedural purposes only, pursuant to

Bankruptcy Rule 1015(b).

1. Newbury Common Associates, LLC

2. Seaboard Realty, LLC

3. 600 Summer Street Stamford Associates, LLC

4. Seaboard Hotel Member Associates, LLC

5. Seaboard Hotel LTS Member Associates, LLC

6. Park Square West Member Associates, LLC

7. Seaboard Residential, LLC

8. One Atlantic Member Associates, LLC

9. 88 Hamilton Member Avenue Associates, LLC

10. 316 Courtland Avenue Associates, LLC

1

11.     300 Main Management, Inc.

12.     300 Main Street Member Associates, LLC

13.     PSWMA I, LLC

14.     PSWMA II, LLC

15.     Tag Forest, LLC

Additionally, on the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed petitions for relief under chapter 11 of the Bankruptcy Code in this Court.  Contemporaneously with the filing of these petitions, such entities have filed a supplemental motion for joint administration of their chapter 11 cases for procedural purposes only with the Initial Debtors.

1.     Newbury Common Member Associates, LLC

2.     Century Plaza Investor Associates, LLC

3.     Seaboard Hotel Associates, LLC

4.     Seaboard Hotel LTS Associates, LLC

5.     Park Square West Associates, LLC

6.     Clocktower Close Associates, LLC

7.     One Atlantic Investor Associates, LLC

8.     220 Elm Street I, LLC

9.     300 Main Street Associates, LLC

2

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTURY PLAZA INVESTOR | ) | Case No. 16- _____ (LSS) |
| ASSOCIATES, LLC, | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**LIST OF DEBTOR'S EQUITY SECURITY HOLDERS**
**IN ACCORDANCE WITH BANKRUPTCY RULE 1007[1]**

**Membership Interests**

| Equity Holder | Address of Equity Holder | Percentage of Membership Interest |
|---|---|---|
| 600 Summer Street Stamford Associates, LLC | 1 Atlantic Street Stamford, CT 06901 | 100% |

---

[1] As set forth in the First Day Declaration of Marc Beilinson in Support of the Chapter 11 Petitions, on December 2, 2015, John J. DiMenna, Jr. relinquished his rights, powers, and privileges with respect to the Debtor, including his membership interest in the Debtor and its Debtor affiliates.

Debtor Name Century Plaza Investor Associates, LLC

United States Bankruptcy Court for the: _____ District of Delaware

Case Number (if known) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration  Equity Holder List

I declare under penalty of perjury that the foregoing is true and correct.[1]

Executed on       02/03/2016 _____
                    MM / DD / YYYY

x  */s/ Marc Beilinson* _____          Marc Beilinson _____
   Signature of authorized representative of debtor             Printed name

   Title    Chief Restructuring Officer _____

---

[1]    For the reasons set forth in my declaration in Support of the Additional Chapter 11 Petitions and First Day Pleadings, the Debtors are continuing to review their assets, liabilities and ownership interests.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTURY PLAZA INVESTOR | ) | Case No. 16 - _____ (LSS) |
| ASSOCIATES, LLC, | ) | |
| Debtor. | ) | |

**CORPORATE OWNERSHIP STATEMENT OF**
**CENTURY PLAZA INVESTOR ASSOCIATES, LLC**[1]

In accordance with Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Century Plaza Investor Associates, LLC states as follows:

- 600 Summer Street Stamford Associates, LLC owns 10% or more of the membership interests of Century Plaza Investor Associates, LLC.

- Seaboard Realty, LLC owns 10% or more of the membership interests of 600 Summer Street Stamford Associates, LLC.

- Thomas L. Kelly, Jr. and William A. Merritt, Jr. own 10% or more of the membership interests of Seaboard Realty, LLC.

---

[1] As set forth in the First Day Declaration of Marc Beilinson in Support of the Chapter 11 Petitions, on December 2, 2015, John J. DiMenna, Jr. relinquished his rights, powers, and privileges with respect to the Debtor, including his membership interest in the Debtor and its Debtor affiliates.

Debtor Name <u>Century Plaza Investor Associates, LLC</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>

Case Number (if known) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration <u>Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.[1]

Executed on    <u>02/03/2016</u>
                MM / DD / YYYY

x  <u>/s/ Marc Beilinson</u>                                    Marc Beilinson
   Signature of authorized representative of debtor            Printed name

   Title    <u>Chief Restructuring Officer</u>

---

[1]    For the reasons set forth in my declaration in Support of the Additional Chapter 11 Petitions and First Day Pleadings, the Debtors are continuing to review their assets, liabilities and ownership interests.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|                                                              |     |                          |
|--------------------------------------------------------------|-----|--------------------------|
| In re:                                                       | )   | Chapter 11               |
|                                                              | )   |                          |
| CENTURY PLAZA INVESTOR ASSOCIATES, LLC,                      | )   | Case No. 16 - _____ (LSS) |
|                                                              | )   |                          |
| Debtor.                                                      | )   |                          |

## WRITTEN CONSENT OF
## CENTURY PLAZA INVESTOR ASSOCIATES, LLC

THE UNDERSIGNED, being all of the Managing Members of Seaboard Realty, LLC, a limited liability company organized pursuant to the Connecticut Limited Liability Company Act, do hereby authorize and approve in such capacity on behalf of Seaboard Realty, LLC, in its capacity as Manager of Century Plaza Investor Associates, LLC (the "**Company**") and acting by written consent in lieu of a meeting in accordance with the procedures established by the 1st Amended and Restated Limited Liability Company Agreement of the Company as amended (the "**Operating Agreement**") and in accordance with the Delaware Limited Liability Company Act, the taking of the actions and adoption of the resolutions attached hereto as **Exhibit A**, such actions and resolutions to have the same force and effect as though duly taken and adopted at a meeting of the Manager of the Company duly called and legally held.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent, in one or more counterparts, as of this 3rd day of February, 2016.

**Seaboard Realty, LLC**
as Manager

By: _____
Name: Thomas L. Kelly, Jr.
Title: Managing Member


By: _____
Name: William A. Merritt, Jr.
Title: Managing Member

Waterbridge Advisors LLC
Title: Managing Member

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CENTURY PLAZA INVESTOR | ) | Case No. 16 - _____ (LSS) |
| ASSOCIATES, LLC, | ) | |
| Debtor. | ) | |
| | ) | |

**WRITTEN CONSENT OF**
**CENTURY PLAZA INVESTOR ASSOCIATES, LLC**

THE UNDERSIGNED, being all of the Managing Members of Seaboard Realty, LLC, a limited liability company organized pursuant to the Connecticut Limited Liability Company Act, do hereby authorize and approve in such capacity on behalf of Seaboard Realty, LLC, in its capacity as Manager of Century Plaza Investor Associates, LLC (the "**Company**") and acting by written consent in lieu of a meeting in accordance with the procedures established by the 1st Amended and Restated Limited Liability Company Agreement of the Company as amended (the "**Operating Agreement**") and in accordance with the Delaware Limited Liability Company Act, the taking of the actions and adoption of the resolutions attached hereto as **Exhibit A**, such actions and resolutions to have the same force and effect as though duly taken and adopted at a meeting of the Manager of the Company duly called and legally held.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent, in one or more counterparts, as of this 3rd day of February, 2016.

**Seaboard Realty, LLC**
as Manager

By: _____
Name:  Thomas L. Kelly, Jr.
Title: Managing Member

By: _____
Name:  William A. Merritt, Jr.
Title: Managing Member

Waterbridge Advisors LLC
Title:  Managing Member

By: _____
Name:  Howard Altschul
Title: Manager

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| CENTURY PLAZA INVESTOR | ) | Case No. 16 - _____ (LSS) |
| ASSOCIATES, LLC, | ) |  |
| Debtor. | ) |  |

**WRITTEN CONSENT OF
CENTURY PLAZA INVESTOR ASSOCIATES, LLC**

THE UNDERSIGNED, being all of the Managing Members of Seaboard Realty, LLC, a limited liability company organized pursuant to the Connecticut Limited Liability Company Act, do hereby authorize and approve in such capacity on behalf of Seaboard Realty, LLC, in its capacity as Manager of Century Plaza Investor Associates, LLC (the "**Company**") and acting by written consent in lieu of a meeting in accordance with the procedures established by the 1st Amended and Restated Limited Liability Company Agreement of the Company as amended (the "**Operating Agreement**") and in accordance with the Delaware Limited Liability Company Act, the taking of the actions and adoption of the resolutions attached hereto as **Exhibit A**, such actions and resolutions to have the same force and effect as though duly taken and adopted at a meeting of the Manager of the Company duly called and legally held.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent, in one or more counterparts, as of this 3rd day of February, 2016.

**Seaboard Realty, LLC**
as Manager

By: _____
Name:  Thomas L. Kelly, Jr.
Title: Managing Member


By: _____
Name:  William A. Merritt, Jr.
Title: Managing Member

Waterbridge Advisors LLC
Title:  Managing Member

By: _____
Name:  Howard Altschul
Title: Manager

## **Exhibit 1**

**Resolutions of the Manager of Century Plaza Investor Associates, LLC**

WHEREAS, that in the business judgment of the Company, it is desirable and in the best interests of the Company, its creditors, members and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Court**");

NOW, THEREFORE, BE IT:

I.      Voluntary Petition Under the Provisions of Chapter 11 of the Bankruptcy Code

RESOLVED, that in the business judgment of the Manager, it is desirable and in the best interests of the Company and its creditors, employees, members, and other investors, stakeholders, and other interest parties that a voluntary petition be filed in the Court by the Company under the provisions of chapter 11 of the Bankruptcy Code; and

RESOLVED, that Marc Beilinson and Mark Murphy, acting for and on behalf of the Company (collectively, the "**Authorized Officers**") be, and each of them hereby is, authorized on behalf of the Company to (a) execute and verify a voluntary petition for relief under chapter 11 of the Bankruptcy Code and (b) cause the same, including any amendments or supplements thereto, to be filed in the Court, in such form and at such time as such Authorized Officer executing the petition shall determine and approve, such determination and approval to be conclusively evidenced by the execution, verification, and filing thereof; and

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists, motions, applications, pleadings, and other papers or documents as necessary to commence the chapter 11 case and obtain relief under chapter 11 of the Bankruptcy Code, and to take any and all further acts and deeds that the Authorized Officer deem necessary or proper to obtain such relief, including, without limitation, any acts or deeds necessary to facilitate administration of the chapter 11 case; and

II.      Cash Collateral and DIP Financing

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, to the extent necessary, to cause the Company to obtain and/or guarantee post-petition financing and/or use of cash collateral according to the terms to be negotiated, by the management of the Company or otherwise approved by the Bankruptcy Court; and the Company is hereby authorized and directed to take all actions necessary in connection therewith, including, without limitation, (i) the incurrence of debtor in possession financing in such amounts and on such terms as the Authorized Officers deems necessary or advisable (the "**DIP Financing**"), (ii) the execution and delivery of any documents to evidence the DIP Financing, including, without limitation, all credit agreements and notes, (iii) the incurrence and payment of fees, (iv) the execution and delivery of real property and personal property (including intellectual property) security agreements (and amendments, supplements and/or other modifications thereto, as appropriate), (v) the granting of liens on and/or security interests in any and all assets of the Company, (vi) the authorization of filing and/or recording, as applicable, of financing statements, agreements, mortgages or any other documents evidencing and/or

1

perfecting such liens or security interests and amendments to such financing statements, agreements, mortgages or other documents, and (vii) the execution and delivery of deposit, securities and/or other account control agreements (and amendments, supplements and/or other modifications thereto, as appropriate); and the Authorized Officers are hereby authorized and directed to execute any appropriate agreements and related ancillary documents on behalf of the Company in connection with the foregoing; and

III.    <u>Sale of Assets</u>

RESOLVED, that the Authorized Officers be, and each of them individually hereby is, authorized and empowered, in the name and on behalf of the Company, to negotiate, execute, deliver, and perform, in the name of the Company, agreements, consents, certificates, amendments, assignments and instruments as may be necessary to consummate a sale of any or all of the Company's assets, subject to approval by the Court; and

IV.    <u>Engagement of Chapter 11 Professionals</u>

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized and directed to retain on behalf of the Company (a) the law firms of Dechert LLP and Young Conaway Stargatt & Taylor, LLP to render legal services to, and to represent, the Company in connection with the chapter 11 filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve and subject to approval of the Court, (b) Beilinson Advisory Group to render restructuring advisory services to the Company in connection with the chapter 11 filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve, (c) Anchin, Block & Anchin LLP to render forensic accounting services to the Company in connection with the chapter 11 filing and any other related matters in connection therewith, on such terms as any Authorized Officer shall approve, and (d) such other professionals as any Authorized Officer deems necessary and appropriate during the course of the chapter 11 filing; and

RESOLVED, that the Authorized Officers or any one of them be, and each of them hereby is, authorized to engage and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors, and other professionals (including, without limitation, those professionals specifically named herein) in connection with the chapter 11 case, on such terms as such Authorized Officers deem necessary, appropriate, proper, or desirable, with a view to the successful prosecution of such case; and

V.    <u>Further Actions and Prior Actions</u>

RESOLVED, that the Company be, and hereby is, authorized and empowered to appoint an independent managing member, manager, or director, as applicable, on behalf of the entities for which the Company is the Managing Member or Manager, as applicable, and to take any action as it may deem to be necessary or appropriate to effectuate the foregoing; and

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions to execute, deliver, certify, file, and/or record and perform any and all documents, agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities or certificate, and

to take any and all steps deemed by any such Authorized Officer to be necessary or desirable to carry out the purpose and intent of each of the foregoing resolutions; and

RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and empowered, for and on behalf of the Company, to certify and attest and affix the seal of the Company to any documents that such Authorized Officer may deem necessary or appropriate to consummate the transactions contemplated by the documents heretofore authorized and approved, provided that such certification, attestation, and seal shall not be required for the due authorization, execution and delivery, or validity of the particular document; and

RESOLVED, that any and all lawful actions heretofore taken by, or at the direction of, any Authorized Officer or the Manager of the Company in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing resolutions be, and hereby are, ratified, confirmed, and approved in all respects.

Debtor    Century Plaza Investor Associates, LLC Case number (if known)

---

**Fill in this information to identify the case:**

Debtor name Century Plaza Investor Associates, LLC

United States Bankruptcy Court for the District of Delaware.

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders On a Consolidated Basis[1]    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | SSC, Inc. P.O. Box 135 Battleboro, VT 05302 | Hal Villagomez hvillagomez@securessc.com (914) 347-2400 | Trade debts | | | | $250,518.08 |
| 2 | SPAGS NE LLC dba Lionheart Maintenance 150 Morris Ave., Suite 201 Springfield, NJ 07081 | Attn:  Leslie Alvarado Email:  leslie@lhmus.com (973) 218-6443 | Trade debts | | | | $147,389.89 |
| 3 | Tri-Star Services Inc. 39 Kenosia Ave. Danbury, CT 06810 | Adam Barbieri email: adam@tristarservice.net (203) 744-3165 | Trade debts | | | | $133,790.12 |
| 4 | Berkowitz, Trager & Trager, LLC 8 Wright Street, 2nd Floor Westport, CT 06880 | (203) 226-1001 | Professional services | | | | $126,633.00 |
| 5 | Propark Inc. 301 Elm Street Stamford, CT 06901 | Blake Gulino Blake.Gulino@propark.com (203) 323-5227 | Trade debts | CUD | | | $94,008.62 |

---

[1]    The information set forth on the Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (the "**Top 30 List**") is based upon currently available information.  The Top 30 List does not include claims of the Debtors' affiliates, or claims of companies controlled by John J. DiMenna, Jr. (collectively, the "**Excluded Claims**").  The Debtors are continuing to review their assets, liabilities and ownership interests and reserve the right to amend or modify the Top 30 List at any time, including to reflect that any of the claims on the Top 30 List are contingent, unliquidated, or disputed.  The Debtors also reserve its rights with respect to the Excluded Claims.

Debtor      Century Plaza Investor Associates, LLC Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | IMCS, LLC 44 Coleytown Road Westport, CT 06880 | (203) 227-0800 | Professional services | . | | | $93,000.00 |
| 7 | CBRE, Inc. 200 Park Ave., 17th Floor New York, NY 10166 | Margaret Raff (212) 984-8217 | Professional services | | | | $56,231.25 |
| 8 | Diserio, Martin, O'Connor & Castiglioni LLP One Atlantic Street Stamford, CT 06902 | William Durkin WDurkin@dmoc.com (203) 358-0800 | Professional services | | | | $36,730.76 |
| 9 | Jonathan Nehmer + Assoc., Inc. 7361 Calhoun Place Suite 310 Rockville, MD 20855 | (301) 670-1635 | Professional services | | | | $30,931.12 |
| 10 | Drivers Unlimited Inc. 9 Mott Ave., Suite 306 Norwalk, CT 06850 | Attn:  Randy Klein rkelin@driversunlimited.com (203) 656-8400 | Trade debts | | | | $29,954.55 |
| 11 | City of Stamford P.O. Box 50 Stamford, CT 06904 | (203) 324-4090 | Taxes | | | | $29,895.33 |
| 12 | Stamford WPCA P.O. Box 1200 Hartford, CT 06143 | (888) 263-5047 | Trade debts | | | | $29,733.12 |
| 13 | Kencal Maintenance Corporation 399 Knollwood Rd. White Plains, NY 10603 | Attn:  Mary Cintron mcintron@kencalmaintenance.com (914) 761-5900 ext. 204 | Trade debts | | | | $27,961.41 |

Debtor        Century Plaza Investor Associates, LLC Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Kravet Realty, LLC 180 Broad Street Stamford, CT 06901 | Jeff Kravet kravetjeff@gmail.com  Number unlisted | Professional services | . | | | $26,126.82 |
| 15 | Karps True Value Hardware 485 Hope Street Stamford, CT 06906 | Attn:  Marc Email: marc@karpshardware.com (203) 327-0460 | Trade debts | | | | $23,125.00 |
| 16 | Redniss & Mead, Inc. 22 First Street Stamford, CT 06905 | Attn:  Shelia Sweet s.sweet@rednissmead.com (203) 327-0500 | Professional services | | | | $22,353.76 |
| 17 | ASD Construction, LLC 150 Avon Street Stratford, CT 06615 | Wilfredo Ayala willie@asd.construction (203) 394-8272 | Trade debts | | | | $22,328.49 |
| 18 | My Slidelines, LLC 1318 Kossuth St. Bridgeport, CT 06608 | Scott Goldstein scott@servproofstamford.com (203) 324-1642 | Trade debts | | | | $20,757.78 |
| 19 | Carpet City 1555 Black Rock Turnpike Fairfield, CT 06825 | Dave Montani carpetcity@optonline.net> (203) 331-8771 | Trade debts | | | | $20,707.59 |
| 20 | Heller And Johnsen 35 Nutmeg Drive Suite 325 Trumbull, CT 06611 | (203) 380-8188 | Professional Services | | | | $19,709.18 |
| 21 | One Solution Services, LLC 626 Surf Avenue Stratford, CT 06615 | Paul Spagnoletti paul@lhmus.com (203) 335-3300 | Trade debts | | | | $19,091.28 |

Debtor      Century Plaza Investor Associates, LLC Case number (if known)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 22 | Great Northern Elevator Co. LLC 1584 Chamberlain Hwy Kensington, CT 06037 | Philip Johnston pjelevator@gmail.com (781) 927-5164 | Trade debts | | | | $16,803.56 |
| 23 | City Carting & Recycling 8 Viaduct Rd. Stamford, CT 06907 | Attn:  Rich Lupinacci RTLup@citycart.net (203) 324-4090 | Trade debts | | | | $16,391.28 |
| 24 | American Furniture Rental P.O. Box 821014 Philadelphia, PA 19182 | (856) 406-1200 | Trade debts | | | | $11,626.27 |
| 25 | Connecticut Materials Testing Lab, Inc. 7 Lexington Ave. South Norwalk, CT 06854 | (203) 838-6978 | Trade debts | | | | $11,224.06 |
| 26 | Sky View Buildings, LLC 180 Bedford St. – 2nd fl Stamford, CT  06901 | Paul Gouda paul@skyviewbuilders.com (203) 274-5756 | Trade vendors | | | | $11,176.87 |
| 27 | Pelliccione & Assoc., LLC Landmark Square Stamford, CT 06901 | Joe Pelliccione (203) 327-0408 PellAssoc@ATT.Net | Professional services | | | | $9,985.00 |
| 28 | Grosso Custom Builders 86 Sheridan St. Stratford, CT 06115 | Wilfredo Ayala (203) 380-2234 | Trade vendors | | | | $9,622.12 |
| 29 | KM Communications Services 1 Dock Street Suite 106 Stamford, CT 06902 | Thomas Kelly t.kelly@kmgroup.org (203) 973-1189 | Trade vendors | | | | $9,267.19 |

Debtor        Century Plaza Investor Associates, LLC Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 30  Carmody Torrance Sandak Hennessey 707 Summer St, 300, Stamford, CT 06901 | (203) 425-4200 | Professional services | | | | $9,033.00 |

Debtor Name <u>Century Plaza Investor Associates, LLC</u>

United States Bankruptcy Court for the: _____ District of <u>Delaware</u>

Case Number (if known) _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.[1]

Executed on   <u>02/03/2016</u>
                MM / DD / YYYY

x  */s/ Marc Beilinson*                               Marc Beilinson
   Signature of authorized representative of debtor    Printed name

Title   Chief Restructuring Officer

---

[1]  For the reasons set forth in my declaration in Support of the Additional Chapter 11 Petitions and First Day Pleadings, the information set forth on the consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (the "**Top 30 List**") is based upon currently available information. The Debtors are continuing to review their assets, liabilities and ownership interests and reserve the right to amend or modify the Top 30 List at any time.

1